STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

CC-45

MARY BIEGLER

Plaintiff,

vs.

ALLEGIANT AIR, LLC, an Illinois LLC d/b/a ALLEGIANT AIR, ALLEGIANT AIR, INC., a Nevada corporation, d/b/a ALLEGIANT AIR, and ALLEGIANT TRAVEL COMPANY, a Nevada corporation d/b/a ALLEGIANT AIR,

Defendants.

No. 11 L 22

## SUMMONS

To each defendant: Allegiant Air, Inc. 8360 S. Durango Drive, Las Vegas, NV 89113

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court _____Winnebago County Courthouse_____ building, room 108, 400 W. State Street, Rockford _____ , Illinois, within 30 days after service of this summons,
(Address)     (City)
not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS _Thomas A. Klein_, 2011
(Year)
(Clerk of the Circuit Court)
By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
Name _Erik Carlson for Crassfield, Krueger & Ramlow, Ltd._
Attorney for _Plaintiff_
Address _1491 S. Bell School Road_
City _Rockford, IL 61108_
Telephone _(815) 485-9708_

EXHIBIT A

IN THE CIRCUIT COURT
OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY BIEGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2011 L 32 |
| | ) | |
| ALLEGIANT AIR, LLC, an Illinois LLC, d/b/a | ) | |
| ALLEGIANT AIR, ALLEGIANT AIR, INC., a | ) | |
| Nevada corporation, d/b/a ALLEGIANT AIR, | ) | |
| and ALLEGIANT TRAVEL COMPANY, a | ) | |
| Nevada corporation, d/b/a ALLEGIANT AIR, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, MARY BIEGLER, by and through her attorneys, BRASSFIELD, KRUEGER & RAMLOW, LTD., and for her Complaint, states as follows:

1. The plaintiff, Mary Biegler, is an adult resident of Boone County, Illinois.

2. The Defendant, Allegiant Air, LLC is an Illinois LLC, authorized to do business in the State of Illinois.

3. Upon information and belief, the Defendant, Allegiant Air, Inc., is a Nevada corporation authorized to do business in the State of Illinois.

4. Upon information and belief, the Defendant, Allegiant Travel Company, is a Nevada corporation authorized to do business in the State of Illinois.

5. On May 19, 2009, the Defendants, Allegiant Air, LLC, Allegiant Air, Inc., and/or Allegiant Travel Company, were doing business in Winnebago County, Illinois under the name Allegiant Air.

6. On and around May 19, 2009, the Defendants operated a commercial airline which

provided a flight between Chicago Rockford International Airport ("RFD") in Winnebago county, Illinois and Orlando Sanford International Airport ("SFB").

7. On and around May 19, 2009, the Defendant owned, operated, possessed, maintained, and controlled an airplane which it used to provide commercial passenger service between RFD and SFB.

8. On May 19, 2009, the Plaintiff, Mary Biegler was a passenger on the Defendant's Allegiant Air Flight 712, providing service from Rockford, Illinois to Sanford, Florida.

9. On May 19, 2009, the Plaintiff, Mary Biegler, entered onto the Defendant's plane as a business invitee.

10. On that date, while the Defendant's plane was still on the ground at RFD airport, the Plaintiff, Mary Biegler, injured herself when an armrest on the Defendant's plane fell and struck her foot.

11. At all relevant times, the Defendants had a duty to its patrons to maintain its plane in a reasonably safe condition.

12. The Defendants breached their duty by committing one or more of the following acts or omissions:

    a) failed to maintain their plane in a reasonably safe condition;

    b) allowed dangerous and defective conditions to exist on their plane;

    c) failed to warn of latent defective conditions on their plane;

    d) knew or should have known that their plane contained a broken armrest which could easily detatch and fall on a patron;

    e) was otherwise negligent.

13. As a direct and proximate result of more or more of the foregoing negligent acts or

omissions, the Plaintiff was injured.

14. As a result of her injuries, the Plaintiff has in the past and will continue in the future to experience pain and suffering, incur medical expenses, and experience wage loss.

WHEREFORE, the Plaintiff, MARY BIEGLER, prays judgment be entered in her favor and against the Defendants, ALLEGIANT AIR, LLC, an Illinois LLC, d/b/a ALLEGIANT AIR, ALLEGIANT AIR, INC., a Nevada corporation, d/b/a ALLEGIANT AIR, and ALLEGIANT TRAVEL COMPANY, a Nevada corporation, d/b/a ALLEGIANT AIR, in a sum in excess of $50,000 (fifty thousand dollars), plus costs of suit.

> Respectfully submitted,
> MARY BIEGLER,
>
> BRASSFIELD, KRUEGER & RAMLOW, LTD.,
> Her attorneys,
>
> By:_____
> ERIK CARLSON

BRASSFIELD, KRUEGER & RAMLOW, LTD.
1491 S. Bell School Rd.
P.O. Box 5143
Rockford, IL 61125
(815) 398-9700

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| MARY BIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2011 L ____ |
| ) | |
| ALLEGIANT AIR, LLC, an Illinois LLC, d/b/a ) | |
| ALLEGIANT AIR, ALLEGIANT AIR, INC., a ) | |
| Nevada corporation, d/b/a ALLEGIANT AIR, ) | |
| and ALLEGIANT TRAVEL COMPANY, a ) | |
| Nevada corporation, d/b/a ALLEGIANT AIR, ) | |
| ) | |
| Defendants. ) | |

STATE OF ILLINOIS   )
                    ) ss:
COUNTY OF WINNEBAGO )

I, ERIK CARLSON, am one of the attorneys responsible for the prosecution of the above entitled cause and on behalf of the Plaintiff, MARY BIEGLER, hereby request money damages in excess of Fifty Thousand Dollars ($50,000.00).

BRASSFIELD, KRUEGER & RAMLOW, LTD.,
Attorneys for Plaintiff,

BY: _____
    ERIK CARLSON

Subscribed and Sworn
before me on this 20th
day of January, 2011.

_____
Notary Public

OFFICIAL SEAL
JOANN C DECKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/22/13

BRASSFIELD, KRUEGER & RAMLOW, LTD.
1491 S. Bell School Road
P.O. Box 5143
Rockford, IL 61125
(815) 398-9700

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17th JUDICIAL DISTRICT
WINNEBAGO COUNTY

MARY BIEGLER, )
 )
    Plaintiff, )
 )
vs. ) 2011 L 32
 )
ALLEGIANT AIR, LLC, an Illinois LLC, d/b/a )
ALLEGIANT AIR, ALLEGIANT AIR, INC., a )
Nevada corporation, d/b/a ALLEGIANT AIR, )
and ALLEGIANT TRAVEL COMPANY, a )
Nevada corporation, d/b/a ALLEGIANT AIR, )
 )
    Defendants. )

FILED Date: 1/21/11
Winnebago County, IL

## JURY DEMAND

Plaintiff herein demands a trial of the within matter by a jury of twelve persons.

MARY BIEGLER, Plaintiff,

BRASSFIELD, KRUEGER & RAMLOW, LTD.,
her Attorneys,

BY: _____
ERIK CARLSON

BRASSFIELD, KRUEGER & RAMLOW, LTD.
1491 S. Bell School Road
P. O. Box 1491
Rockford, Illinois 61125
(815) 398-9700